**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Steven Robert SPEED and Henry Ray Rainer, Defendants-Appellants.**

No. 73–2035.

United States Court of Appeals, Fifth Circuit.

Sept. 4, 1975.

C. James **MATHEWS** et al.,
Petitioners-Appellees,

v.

Before RIVES, WISDOM and MOR-
GAN, Circuit Judges.

### ORDER

In this pre-*Almeida-Sanchez* case, de-
fendants Speed and Rainer were convict-
ed in a jury trial in the United States
District Court for the Southern District
of Texas of possession of marijuana with
intent to distribute, in violation of 21
U.S.C. § 841(a)(1). This court, in an
opinion reported at 497 F.2d 546 (5th Cir.
1974), affirming on rehearing 489 F.2d
478 (5th Cir. 1973), reversed the convic-
tions on the grounds that the district
court had erred in not suppressing evi-
dence obtained by a search at the Fal-
furrias, Texas, checkpoint. The Supreme
Court vacated and remanded for further
consideration in light of *Bowen v. Unit-
ed States*, 422 U.S. 916, 95 S.Ct. 2569, 45
L.Ed.2d 641 (1975) and *United States v.
Peltier*, 422 U.S. 531, 95 S.Ct. 2313, 45
L.Ed.2d 374 (1975). In view of these
two opinions, the district court's decision
was correct.

Having found the defendants' other
contentions of error to be without merit,
we conclude that the judgment of the
district court should be

Affirmed.